In the Matter of the Application of William B. Bennett, Respondent, for an Order of Mandamus against William D. Robbins, as City Manager of the

City of Niagara Falls, and Another, Appellants.— Order affirmed, with costs. Clark, Davis and Sears, JJ., concur; Hubbs, P. J., and Crouch, J., dissent and vote for reversal.